**Barry CHAZIN, Appellant**

v.

**Marilyn BROOKS; The District Attorney of the County of Philadelphia; The Attorney General of the State of Pennsylvania.**

No. 07–1068.

United States Court of Appeals, Third Circuit.

Argued April 16, 2008.

Opinion Filed April 28, 2008.

Michael J. Kelly, Philadelphia, PA, for Appellant.

Joshua S. Goldwert, Office of District Attorney, Philadelphia, PA, for Marilyn Brooks; The District Attorney of the County of Philadelphia; The Attorney General of the State of Pennsylvania.

Before: SLOVITER, JORDAN, and ALARCÓN *, Circuit Judges.

* Honorable Arthur L. Alarcón, Senior Judge, United States Court of Appeals for the Ninth

*JUDGMENT ORDER*

DOLORES K. SLOVITER, Circuit Judge.

After consideration of the briefs and oral argument in the above case, the appeal is dismissed because appellant has failed to state a valid claim of the denial of a constitutional right. *See Slack v. McDaniel,* 529 U.S. 473, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000).